UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANGELO FRAMULARO                    JURY TRIAL DEMANDED

v.                                  CASE NO.  3:13CV

MIDLAND CREDIT MANAGEMENT, INC.

## COMPLAINT

1. This is an action for actual, statutory and punitive damages, injunctive relief, costs and attorney's fees brought pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder, the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a, and common law.

2. This Court has jurisdiction. 15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3. Plaintiff is an individual whose address is in Trumbull Connecticut, according to defendant's records.

4. Plaintiff is a consumer within the meaning of the FDCPA, in that he had a personal credit card account with Citibank, N.A. that defendant claimed it was servicing for the purchaser.

5. Defendant is licensed as a Consumer Collection Agency by the Banking Department of the State of Connecticut.

6. On June 6, 2013, Defendant sent plaintiff its Welcome letter to plaintiff "as a new consumer," offering a 10% discount program.

7. On June 13, 2013, Attorney Rita Melconian was requested to cease collecting the account by plaintiff's attorney.

8. On September 19, 2013, defendant sent a letter notifying plaintiff that he had been pre-approved for a 40% or 20% discount program.

9. In the course of its collection, defendant violated §1692c, -e, -f, or –g.

Second Count.

10. The allegations of the First Count are repeated and realleged as if fully set forth herein.

11. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, C.G.S. §36a 645 et seq., or the Consumer Collection Agency Act, C.G.S. § 36a 800 et seq.

12. Defendant has thereby committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42 110a et seq.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide, including injunctive relief.

                    THE PLAINTIFF


                    BY____/s/ Joanne S. Faulkner___
                    JOANNE S. FAULKNER ct04137
                       123 Avon Street
                       New Haven, CT 06511-2422
                       (203) 772-0395
                       j.faulkner@snet.net